## GODFREY v. THE STATE.

SIMMONS, C. J.   There was no material error in any of the rulings of which complaint was made, and the evidence authorized the verdict.
                      *Judgment affirmed.   All the Justices concur.*

Submitted October 19, — Decided November 10, 1904.

Indictment for illegal sale of liquor.     Before Judge Taliaferro. City court of Sandersville.     July 22, 1904.

*W. E. Armistead*, for plaintiff in error.
*Gus. H. Howard, solicitor*, contra.